IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HAROLD BENNETT

   PLAINTIFF

V.           Case No. 3:06CV00173 GH

LORRAINE JACKSON

   DEFENDANT

### ORDER

Review of this case indicates that when this file was opened the "nature of suit" was incorrectly designated as "440" instead of "550." The clerk is directed to take whatever action necessary to correct the designation.

IT IS SO ORDERED this 17th day of January, 2007.

*[signature]*
UNITED STATES MAGISTRATE JUDGE