IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

HAROLD E. BENNETT                                              PLAINTIFF
#121446

V.                    No. 3:06CV00173 GH-BD

LORRAINE JACKSON                                               DEFENDANT

## ORDER

The Court entered an Order on February 12, 2007 (docket entry #9) denying Plaintiff's motion for leave to proceed *in forma pauperis* under 28 U.S.C. § 1915(g). The Order directed Plaintiff to pay the statutory filing fee of $350.00 within 30 days if he wished to pursue his 42 U.S.C. § 1983 claim. Plaintiff failed to pay the filing fee in accordance with the Court's Order. Therefore, Plaintiff's Complaint (docket entry #1) is dismissed WITHOUT PREJUDICE.

IT IS SO ORDERED this 20th day of March, 2007.

_____
U. S. DISTRICT JUDGE